UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 16-CR-317-15 (PAE) |
| -v.- | ORDER |
| CHRISTOPHER NAPOLEONIS, | |
| Defendant. | |

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ordered that that the supervised release conditions for Christopher Napoleonis, the defendant, are modified to include court-mandated co-occurring inpatient treatment. In particular, the Court orders that:

1. The defendant will participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. The defendant must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

2. The defendant must participate in an inpatient mental health treatment program approved by the United States Probation Office. The defendant must continue to take any prescribed medications unless otherwise instructed by the health care provider. The defendant must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court

authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider.

SO ORDERED.

Dated: May 11, 2022
       New York, New York

                                             *Paul A. Engelmayer*
                                     THE HON. PAUL A. ENGELMAYER
                                     United States District Judge