UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 16-CR-317-15 (PAE) |
| -v.- | ORDER |
| CHRISTOPHER NAPOLEONIS, | |
| Defendant. | |

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ordered that the supervised release conditions of co-occurring inpatient treatment for Christopher Napoleonis, the defendant, are continued, and that the defendant is ordered to return to the inpatient treatment program directly from Court today.

SO ORDERED.

Dated:   July 5, 2022
         New York, New York

                                    _____
                                    THE HON. PAUL A. ENGELMAYER
                                    United States District Judge