

# DIAZ & MOSKOWITZ, PLLC
Attorneys at Law

| | | |
|---|---|---|
| **John A. Diaz, Esq.** | johnadiazlaw@gmail.com | www.dmlawny.com |
| Garden City Office: | | New York Office: |
| 1225 Franklin Avenue | | 225 Broadway |
| Suite 325 | | Suite 715 |
| Garden City, NY 11530 | | New York, NY 10007 |
| (516) 992-3496 | | (212) 227-8208 |
| (516) 686-6444 | | Fax (212) 566-8165 |

April 14, 2023

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Christopher Napoleonis,* 16 Cr. 317 (PAE)

Dear Judge Engelmayer:

I am the attorney for the defendant, Christopher Napoleonis, in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.  A conference in this case is currently scheduled for April 18, 2023.  The purpose of this letter is to respectfully request a brief adjournment of the conference.  Counsel is out of the country until April 20, 2023.  I have communicated with the Government and both parties are available on May 11, 2023.  This is the first request for an adjournment of the conference and the Government consents to this request.  Accordingly, it is respectfully requested that the Court adjourn the conference to May 11, 2023, or a date that is convenient to the Court.  The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

John A. Diaz, Esq.

**GRANTED.** The conference is adjourned to May 8, 2023 at 11:00 a.m., consistent with the Court's schedule. The Clerk of Court is requested to terminate the motion at Dkt. No. 745.

SO ORDERED.

4/14/2023

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

1