UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
UNITED STATES OF AMERICA    :
    :
            -v-    :          16-CR-317-15 (PAE)
    :
CHRISTOPHER NAPOLEONIS,    :          SCHEDULING ORDER
    :
                    Defendant(s).    :
    :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ORDERED that sentencing in this matter is scheduled for **September 5, 2023** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

The defendant's sentencing letter shall be filed no later than **August 22, 2023**. The Government's sentencing letter shall be filed no later than **August 29, 2023.**

SO ORDERED.

Dated: June 29, 2023
       New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge