# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

December 10, 2024

**VIA ECF & EMAIL**
The Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**    *United States v. Christopher Napoleonis*,
**16 CR 317 (PAE)**

Dear Judge Engelmayer:

I was assigned to represent Christopher Napoleonis, the defendant in the above-referenced matter. A conference in this case is currently scheduled for December 11, 2024. The purpose of this letter is to respectfully request that this conference be adjourned to December 18, 2024, if the Court has availability on that day. The program selected by Probation, EA Center for Recovery & Wellness, expects to have a bed for Mr. Napoleonis by December 18, 2024. This is counsel's first request for an adjournment of the conference and all parties consent to this request. Accordingly, it is respectfully requested that the Court adjourn the conference to December 18, 2024.

The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/  s  /

Margaret M. Shalley

**GRANTED.** The Court adjourns tomorrow's conference until **December 18, 2024** at **9:30 a.m.**
The Clerk of Court is requested to terminate the motion at Dkt. No. 853.

12/10/2024

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge