UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
　　　　　-v- : 16-CR-317-15 (PAE)
:
CHRISTOPHER NAPOLEONIS, : ORDER
:
　　　　　　　　　　Defendant. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

　　It is hereby ORDERED that the defendant in the above captioned case, USM Number 77643-054, be released from the custody of the United States Marshal forthwith, subject to any detainers.

　　SO ORDERED.

Dated: December 18, 2024　　　　　　　　　　　　　　_____
　　　　　New York, New York　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge