UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

        v.

CHRISTOPHER NAPOLEONIS,

        Defendant.

------------------------------------------------------------X

16-CR-317-15 (PAE)

## **ORDER**

The defendant, Christopher Napoleonis, shall comply with the special condition of inpatient drug treatment and participate in the Educational Alliance program located at 25-29 Avenue D, New York, NY 10009, at minimum, from December 18, 2024, until April 18, 2025.

Dated: New York, New York
      Dec. 30, 2024

*Paul A. Engelmayer*
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE