UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CHRISTOPHER NAPOLEONIS,

                Defendant.

16-CR-317-15 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court, having been notified of defense counsel's hospitalization, adjourns the conference, originally scheduled for May 13, 2025, to **June 24, 2025** at **12:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

    SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: May 13, 2025
       New York, New York